**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                       Case No. 07-cr-216-PB

**Shirley Bruce**

### O R D E R

    The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from May 6, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The April 28, 2008 final pretrial conference is continued to May 28, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 23, 2008

cc:  Bjorn Lange, Esq.
     Kenneth Glidden, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal

2