```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 07-cr-216-PB

**Shirley Bruce**

## O R D E R

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case so that the government may dismiss the indictment in this matter upon sentencing in the companion case, 07-cr-217-02-SM.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial from June 3, 2008 to October 7, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                                                /s/Paul Barbadoro  
                                              Paul Barbadoro  
                                              United States District Judge

```
June 3, 2008
cc:  Bjorn Lange, Esq.
     Kenneth Glidden, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal
```